IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS ELPIDIO BATISTA, JR., <br>     Plaintiff, <br><br> v. <br><br> BERKS COUNTY DOMESTIC RELATIONS, *et al.*, <br>     Defendants. | CIVIL ACTION NO. 25-CV-6178 |

## ORDER

AND NOW, this 29th day of December, 2025, upon consideration of Plaintiff Nicholas Elpidio Batista, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 9), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. The Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 9) is **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.